FILED

2026 Feb-19  PM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LIONEL MATIZIE SMELLEY,           )
                                  )
    *Plaintiff*,              )
                                  )
v.                                )          Case No. 2:23-cv-01419-NAD
                                  )
LT. EDMONDS, et al.,              )
                                  )
    *Defendants*.            )

## JOINT STIPULATION OF DISMISSAL

Come now the parties in the above-styled action, by and through their respective undersigned counsel, and jointly move the Court to dismiss this action with prejudice, costs taxed as paid, pursuant to the agreement reached at the mediation of this case on November 19, 2025. The parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which the parties have signed. The parties therefore seek a Court Order dismissing this case with prejudice.

1

Respectfully and jointly submitted February 19, 2026.


/s/ *Susanne Emily Cordner*
Susanne Emily Cordner

McGuire and Associates, LLC
31 Clayton Street
Montgomery, AL 36104
Phone: (334) 517-1000
scordner@mandabusinesslaw.com

**Counsel for the Plaintiff**

/s/ *Andrew C. Crowder*
Andrew C. Crowder
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Andy.Crowder@AlabamaAG.gov

**Counsel for the Defendants**